1004

MARTINEZ MELGOZA AND ASSOCIATES, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-25447-1, Dean Scott Lum, J., entered October 24, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Grosse, JJ. Now published at 125 Wn. App. 843.

[No. 53402-5-I. Division One. January 10, 2005.]

ROBERTA CAGGIANO, *Appellant*, v. SAIDEE WHITEHORN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-23880-5, Michael J. Fox, J., entered October 31, 2003. *Reversed* by unpublished opinion per Cox, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 53659-1-I. Division One. January 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO M. SUGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-8-01329-3, Gerald L. Knight, J., entered January 5, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 53682-6-I. Division One. January 10, 2005.]

STEVEN OTTEN, *Appellant*, v. JOANN OTTEN, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-2-02274-4, Steven J. Mura, J., entered December 19, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Grosse, JJ.